IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR503-019 |
| ) | |
| BARNEY CLINTON WOOD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 36.) After a careful review of the record, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant's term of supervised release is revoked. Defendant is sentenced to a four month term of imprisonment, followed by a thirty-six month term of supervised release.

SO ORDERED this 4th day of May 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA